**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

DOROTHY MAYS                                                                                    PLAINTIFF

V.                                                                        CIVIL ACTION NO. 1:14-CV-00048-SA-SAA

MUTUAL OF OMAHA
INSURANCE COMPANY                                                                     DEFENDANT

## ORDER

Pursuant to a memorandum opinion issued this day, Plaintiff's Motion for Leave to Amend Complaint [13] is DENIED, Plaintiff's Motion to File Brief Out of Time [14] is GRANTED, and Defendant's Motion to Dismiss for Failure to State a Claim [6] is GRANTED. Plaintiff's Complaint [2] is hereby dismissed with prejudice. This case is closed.

SO ORDERED on this, the 4th day of November, 2014.

                                                                                      /s/ Sharion Aycock
                                                                     UNITED STATES DISTRICT JUDGE